UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re FISHING COMPANY OF ALASKA and FCA HOLDINGS, INC., as owners and/or operators of the Vessel ALASKA RANGER, official number 550138, hull identification number 182, for exoneration from and/or limitation of liability | No. C08-945RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO VACATE ORDER REGARDING INITIAL DISCLOSURES JOINT STATUS REPORT, AND EARLY SETTLEMENT |

This matter comes before the Court on "Limitation Plaintiffs' Ex Parte Motion to Vacate Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #17). On June 30, 2008, plaintiff The Fishing Company of Alaska and plaintiff FCA Holdings, Inc. ("Plaintiffs") filed an "Amended Complaint for Exoneration from and/or Limitation of Liability" under Supplemental Admiralty Rule F. For the reasons set forth in Plaintiffs' motion, the Court concludes that issuance of the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" was premature until claimants have been joined as parties. Therefore, the Court hereby VACATES the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #4).

DATED this 29th day of August, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION TO VACATE